**Order entered July 19, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-21-00325-CV

## VETERINARY SPECIALISTS OF NORTH TEXAS, PLLC, AND DR. DEREK BURNEY, Appellants

## V.

## DR. GLEN KING, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-12568

## ORDER

Before the Court is appellants' July 16, 2021 unopposed second motion for extension of time to file their brief. Appellants seek an additional ten days.

We **GRANT** the motion and **ORDER** the brief be filed no later than August 5, 2021.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE